IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | |
| SEAN BRYANT REGAN, | NO. 5: 05-CR-68 (DF) <br><br> **RE: VIOLATION OF CONDITIONS OF RELEASE** |
| Defendant | |

## O R D E R

The government has heretofore filed PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE alleging that defendant SEAN BRYANT REGAN violated conditions of pretrial release by using marijuana on or about September 7th, October 3rd, and October 26, 2005, and by failing to attend scheduled substance abuse treatment sessions as directed. Defendant REGAN this day appeared before the undersigned for a hearing on the government's motion; he was represented by Mr. Richard Hull of the Macon Bar. The government was represented by Assistant U. S. Attorney Verda Colvin.

Defendant REGAN under oath admitted to the court that he violated conditions of probation as alleged in the government's petition. Therefore, he is found by the court to be in violation of the court's Order of Pretrial Release of September 1, 2005.

Accordingly, IT IS ORDERED AND DIRECTED:

(1) that disposition of this matter be, and it is, **CONTINUE**D until further order of the court;

(2) that, in the meantime,

>(a) defendant REGAN shall continue under pretrial supervision subject to all of the conditions heretofore imposed upon him;
>(b) that defendant REGAN is specifically ordered to refrain from the use of illegal drugs and to submit to drug testing as directed by the U. S. Probation Office;
>(c) that defendant REGAN is specifically ordered to attend drug treatment and counseling as directed by the Probation Office;
>(d) that defendant REGAN is specifically ordered to report to his pretrial service/probation officer as directed; and,
>(e) that defendant REGAN's supervising probation officer shall **immediately** notify the court if defendant REGAN fails to abide by the above-stated orders and/or any other provisions of the Order of Pretrial Release.

**IN THE EVENT OF <u>REPORTED</u> VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MR. REGAN' ORDER OF PRETRIAL RELEASE *WITHOUT FURTHER HEARING*, BASED SOLELY UPON THE VIOLATIONS THIS DAY ADMITTED BY HIM IN OPEN COURT.**

SO ORDERED AND DIRECTED, this 22nd day of NOVEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE